

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## NOTICE OF ORDER ON MOTION

Cause number:               01-12-00984-CV

Style:                      Walter L. Boyaki, Ruben P. Hernandez & Miranda & Boyaki

                            **v** John M. O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm, and Musslewhite & Associates, P.C.

Date motion filed[*]:       January 25, 2013

Type of motion:             Extension of time to file Clerk's Record

Party filing motion:        Appellant

Document to be filed:       Clerk's Record

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                        November 26, 2012

    Number of previous extensions granted:    -0-

    Date Requested:                           Until February 28, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **February 28, 2013**

        ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Sherry Radack
               ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: February 21, 2013

November 7, 2008 Revision